IN THE SUPREME COURT OF THE STATE OF DELAWARE

ELLER ASSOCIATES INC., ELLER INTERNATIONAL INC., ELLER 2 ASSOCIATES INC., ELLER 2 INTERNATIONAL INC., and ELLIOTT INVESTMENT MANAGEMENT L.P., §§§§§§§

Plaintiffs Below/Appellants, Cross-Appellees, §§

v. §

SRP CAPITAL ADVISORS LLC, RYAN A. TURNER, SRP OPPORTUNITIES II, GP, LP, SRPO-II PARTNERS I, GP, LP, SRP OPPORTUNITIES III GP, LP, SRP PONTIAC MANAGEMENT SERVICES, LLC, SRP MERCURY MANAGEMENT SERVICES, LLC, RAT MERCURY A HOLDINGS, LLC, RAT PONTIAC A HOLDINGS, LLC, RAT MERCURY B HOLDINGS, LLC, RAT PONTIAC B HOLDINGS, LLC, FORD MINERAL ACQUISITIONS, LLC, SRP PONTIAC EMPLOYEE HOLDINGS, LLC and SRP MERCURY EMPLOYEE HOLDINGS, LLC, §§§§§§§§§§§§§§§§§§§§

Defendants Below/Appellees, Cross-Appellant. §§

No. 142, 2026

Court Below—Court of Chancery of the State of Delaware

C.A. No. 2025-1095

Submitted: June 10, 2026
Decided: June 12 , 2026

Before **SEITZ**, Chief Justice; **TRAYNOR** and **LEGROW**, Justices.

## ORDER

This 12ᵗʰ day of June, 2026 after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its December 19, 2025 bench rulings,[1] February 6, 2026 letter opinion,[2] and March 12, 2026 order denying the plaintiffs' motion for reargument.[3]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED. Appellees' cross-appeal is moot.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] Opening Br. Ex. A.
[2] *Eller Assocs. Inc. v. SRP Cap. Advisors LLC*, 2026 WL 323969 (Del. Ch. Feb. 6, 2026).
[3] Opening Br. Ex. D.